**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK**
_____

ANTHONY FRAZIER,

                      Petitioner,                    09-CR-0349A
    v.                                                             11-CV-1015A
                                                             **DECISION AND ORDER**

UNITED STATES OF AMERICA,

                      Respondent.
_____

      Petitioner Anthony Frazier has moved to withdraw the petition he filed pursuant to 28 U.S.C. §2255.  For the reasons stated below, the motion is granted.

## DISCUSSION

      In 2010, Petitioner pled guilty to violating 21 U.S.C. § 846 and was sentenced to 210 months' imprisonment.  *See* Docket 282.  Petitioner then filed a timely motion to vacate or reduce his sentence pursuant to 28 U.S.C. § 2255.  Several years later, and while his § 2255 petition was still pending, Petitioner filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on an amendment to the U.S. Sentencing Guidelines.  While Petitioner's § 3582 motion was pending, Petitioner then notified the Court that "if . . . the Court grants . . . [Petitioner's] motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) . . . Defendant's pending Section 2255 motion is moot."  Docket 536 at 5.

      The Court later granted Petitioner's § 3582(c)(2) motion, reducing his term of imprisonment from 210 months to 168 months.  *See* Docket 538.  In light of Petitioner's statement that granting his § 3582(c)(2) motion would "moot" his § 2255 petition, the Court then directed Petitioner to clarify whether he intended to withdraw his § 2255

petition.  *See* Docket 539.  Petitioner responded by stating that he "requests that this . . . Court formally withdraw his previously filed § 2255 motion due to the fact that the granting of [Petitioner's] § 3582(c)(2) motion has made the aforementioned § 2255 motion moot."  Docket 540 at 2.

It is unclear whether granting Petitioner's § 3582(c)(2) motion had the effect of mooting Petitioner's § 2255 petition and his amended petition, which alleged, among other things, various forms of ineffective assistance of counsel that are unrelated to the basis for his § 3582(c)(2) motion.  *See* Docket 337.  The Court will, however, grant Petitioner's motion to withdraw his § 2255 petition (Docket 337) and his amended petition (Docket 516), given that Petitioner states that granting his § 3582(c)(2) motion "has alleviated any need, at this time, to pursue any further form of relief by way of § 2255 or its accompanying proceedings."  Docket 540 at 3.

## CONCLUSION

Petitioner's motion (Docket 540) to withdraw his § 2255 petition is granted.  The Clerk of the Court shall take all steps necessary to close the petition's accompanying civil action (11-CV-1015A).

**SO ORDERED.**

Dated: May 9, 2016                              s/Richard J. Arcara
    Buffalo, New York                         HONORABLE RICHARD J. ARCARA
                                                     UNITED STATES DISTRICT JUDGE